FILED

07 MAR 16 AM 11: 07

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____   DEPUTY

1  MOLLY M. WHITE, Cal. Bar No. 171448
2  RONNIE B. LASKY, Cal. Bar No. 204364

3  Attorneys for Plaintiff
   Securities and Exchange Commission
4  Randall R. Lee, Regional Director
   Michele Wein Layne, Associate Regional Director
5  5670 Wilshire Boulevard, 11th Floor
   Los Angeles, California 90036-3648
6  Telephone:    (323) 965-3998
   Facsimile:    (323) 965-3908
7

8

9                    UNITED STATES DISTRICT COURT

10                  SOUTHERN DISTRICT OF CALIFORNIA

11  SECURITIES AND EXCHANGE          Case No. 05 CV 0420 JM (BLM)
    COMMISSION,
12
13          Plaintiff,              STIPULATION TO LIFT STAY

14      vs.

15  SANDRA MILLER CHRISTIE,

16          Defendant.

17

18

19        WHEREAS on March 2, 2005, the Plaintiff Securities and Exchange Commission

20  ("Commission") filed its Complaint for Violations of the Federal Securities Laws;

21        WHEREAS on May 13, 2005, based on the application of Defendant Sandra Miller

22  Christie, the Court ordered that all proceedings in this action be stayed pending the outcome of

23  the criminal proceeding entitled *United States v. Sandra Miller Christie*, Case No. 05 CR 0364

24  LAB;

25        WHEREAS on December 14, 2006, the Court entered judgment as to Sandra Miller

26  Christie in the criminal proceeding entitled *United States v. Sandra Miller Christie*, Case No. 05

27  CR 0364 LAB, and on January 17, 2007, the judgment was executed;

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION**

The Commission and Defendant Sandra Miller Christie, by and through their counsel of record, hereby stipulate and agree that the Court shall lift the stay of the instant civil proceeding.

DATED:  March 6, 2007

MOLLY M. WHITE
RONNIE B. LASKY
Attorneys for Plaintiff
Securities and Exchange Commission

DATED: March 6, 2007

MARC R. GREENBERG
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
Sandra Miller Christie

IT IS SO ORDERED.

DATED: March 13, 2007

DISTRICT COURT JUDGE
HONORABLE JEFFREY T. MILLER

05 CV 0420 JM (BLM)

## PROOF OF SERVICE

I am over the age of 18 years and not a party to this action.  My business address is:

[X]    U.S. SECURITIES AND EXCHANGE COMMISSION, 5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036-3648

Telephone No. (323) 965-3998; Facsimile No. (323) 965-3908.

On March 8, 2007, I served the document entitled **STIPULATION TO LIFT STAY** upon the parties to this action addressed as stated on the attached service list:

[X]    **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

[ ]    **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

[ ]    **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

[ ]    **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee.

[ ]    **FEDERAL EXPRESS BY AGREEMENT OF ALL PARTIES:**  By placing in sealed envelope(s) designated by Federal Express with delivery fees paid or provided for, which I deposited in a facility regularly maintained by Federal Express or delivered to a Federal Express courier, at Los Angeles, California.

[ ]    **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

[ ]    **FAX (BY AGREEMENT ONLY):**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

[X]    **(Federal)** I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.  I declare under penalty of perjury that the foregoing is true and correct.

Date: March 8, 2007                           _Brigitte Matthews_

BRIGITTE MATTHEWS

1

04 CV 2295 DMS (LSP)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## SEC v. SANDRA MILLER CHRISTIE
### United States District Court – Southern District of California
### Case No. 05 CV 0420 JM (JFS)
### (LA-2749)

## SERVICE LIST

Marc R. Greenberg, Esq.
Keesal, Young & Logan
400 Oceangate, P.O. Box 1730
Long Beach, California 90801-1730
Telephone: 562-436-2000
Facimile: 562-436-7416
marc.greenberg@kyl.com
*Attorney for Defendant Sandra Miller Christie*

04 CV 2295 DMS (LSP)